NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN LEE BASEY,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2022-2228

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00533-NBF, Senior Judge Nancy B. Firestone.

---

### O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

2                                                          BASEY v. US


ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.



FOR THE COURT

December 27, 2022
        Date                          /s/ Peter R. Marksteiner
                                      Peter R. Marksteiner
                                      Clerk of Court


**ISSUED AS A MANDATE:** December 27, 2022